UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 09-166 |
| TODD DAGGS AND RODNEY BOLTON | SECTION "N" |

## ORDER AND REASONS

Presently before the Court are the motion in limine and motion to sever filed by Defendant Rodney Bolton (Rec. Docs. 167 and 170). With respect to the motion in limine, the Government will be required to satisfy the foundation requirements of Federal Rule of Evidence 701 for any lay witness opinion testimony, and the requirements of Federal Rule of Evidence 702 and *Daubert* for any expert testimony. To the extent that Bolton's motion in limine seeks additional relief, **IT IS ORDERED** that the motion is **DENIED**.

**IT IS FURTHER ORDERED** that the motion to sever is **DENIED**. On the showing made, the Court is not satisfied that the joinder for trial of all the remaining counts set forth in the Second Superseding Indictment, including Counts 2, 5 and 6, will result in potential prejudice that cannot be adequately addressed by limiting jury instructions.[1] As reflected in the Fifth Circuit's jurisprudence, as well as the decisions of this and other district courts, the mere presence of a

---

[1] The Court encourages the parties to attempt to agree upon a proposed such instruction or instructions.

possible spillover effect does not alone warrant severance. *See, e.g., United States v. Davis*, 124 Fed. Appx. 838, 845, 2005 WL 548935, *5-6 (5th Cir. 2005); *United States v. Davis*, No. 01-282, 2003 WL 1904039 (E.D. La. 4/16/03)(Vance, J.); *United States v. Ayala-Meraz*, 2001 WL 681705, *2 (W.D. Tex. 2/7/01)(Furgeson, J.). Further, based on the presently available information, the Court is not in a position to find that the Government's changes to the indictments in this case constitute impermissible "indictment tactics" intended to bolster the evidence supporting the drug conspiracy charge set forth in Count 1 of the Second Superseding Indictment. *Compare United States v. McCarter*, 316 F.3d 536, 540-41 (5th Cir. 2002); *Davis*, 2003 WL 1904039 at *7.

New Orleans, Louisiana, this 11th day of June 2010.

                                              KURT D. ENGELHARDT
                                              UNITED STATES DISTRICT JUDGE