UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 09-166** |
| **TODD DAGGS AND RODNEY BOLTON** | **SECTION "N"** |

## ORDER AND REASONS

Presently before the Court is Defendant Bolton's second "Motion to Exclude the Government's Proposed Expert Pursuant to Rule 702" (Rec. Doc. 260). The Court finds that the Government's August 16, 2010 submission satisfies the summary requirement imposed by Federal Rule of Criminal Procedure 16. At trial, the Government will be required to establish an adequate foundation for all testimony offered under Federal Rules of Evidence 701 and 702. Defense counsel may offer any appropriate objections thereto and conduct vigorous cross-examination. To the extent that Bolton's motion seeks to exclude any and all expert testimony by Special Agent Burris offered pursuant to Federal Rule of Evidence 702, however, **IT IS ORDERED** that the motion is **DENIED**.

New Orleans, Louisiana, this 19th day of August 2010.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE