UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 09-166 |
| RODNEY BOLTON | SECTION "N" |

## ORDER AND REASONS

Considering the record in this matter, particularly including the subsequent reply memorandum filed by Defendant (Rec. Doc. 377), **IT IS ORDERED** that his preceding motion seeking additional time to file a response (Rec. Doc. 376) be **DENIED** as **MOOT**.

New Orleans, Louisiana, this 4th day of February 2015.

**KURT D. ENGELHARDT**
**United States District Judge**